# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCOS ANTONIO DELGADO, | ) ) | Case No. EDCV 12-2266-CJC (JEM) |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WVDC - CHAPLAIN HENNING, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment be entered dismissing this action without prejudice.

DATED: February 14, 2013

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE