JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ANTONIO DELGADO,<br><br>                Petitioner,<br><br>    v.<br><br>WVDC - CHAPLAIN HENNING,<br><br>                Respondent. | Case No. EDCV 12-2266-CJC (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 14, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE